## 30718.   GILLELAND *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted of operating, while under the influence of intoxicating liquors, an automobile upon a certain named public highway in Dawson County, Georgia.   The verdict was amply authorized by the evidence, and the motion for a new trial was based upon the general grounds only.

*Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 31, 1945.

*Joe Quillian, D. B. Phillips,* for plaintiff in error.
*G. Fred Kelley, solicitor-general, E. C. Brannon,* contra.

## 30734.   WILLIS *v.* THE STATE.

BROYLES, C. J.   The defendant, a negro, was convicted of committing an assault and battery upon the person of a white woman.   The evidence authorized the jury to find that the defendant, unlawfully and against the will of the woman, grabbed her arm, squeezed it, and said, "You are a nice baby," and put his arm around her.   That evidence authorized the verdict.   See *Goodrum* v. *State,* 60 *Ga.* 509; *Yarbrough* v. *State,* 17 *Ga. App.* 828 (88 S. E. 710).   The overruling of the motion for new trial, based upon the general grounds only, was not error.

*Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 31, 1945.

*Duke C. Meredith, J. S. Nunnally,* for plaintiff in error.
*L. L. Meadors, solicitor-general,* contra.